UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

PROVIDED TO COLUMBIA
CORRECTIONAL INSTITUTION
ON 1-13-16 (DATE) FOR MAILING
JB (STAFF INITIAL) QW (I/M INITIAL)

## CIVIL RIGHTS COMPLAINT FORM

Quincy A. Williams

CASE NUMBER: 3:16-CV-45-J-34JRK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Julian Jones, SCC. Fla.
D.O.C. et. Al

FILED 2016 JAN 15 PM 3:27

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

_____/

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Columbia Correctional Inst. Annex
(Indicate the name and location)
253 S.E. Corrections Way Lake City Fla. 32025

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (X) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Quincy William

   Defendant(s): Tucker

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court. Panama Division

3. Docket Number: 5:13-CV-09-MW-GRJ

4. Name of judge: M W

5. Briefly describe the facts and basis of the lawsuit: Seccesive Use-of-Force

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Pending

7. Approximate filing date: Jan. 1, 2013

8. Approximate disposition date: Open

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: __N/A__

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __Quincy Alexander Williams__

Mailing address: __253 S.E. Corrections Way__
__Lake City, Fla. 32025__

B. Additional Plaintiffs: __N/A__

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __O. Swain__

Mailing Address: __Columbia Correctional Inst. Annex__
__253 S.E Corrections Way, Lake City Fla. 32025__

Position: __Captain__

Employed at: __Columbia Correctional Inst. Annex__

D. Defendant: __Mr. Walker__

Mailing Address: __Columbia Correctional Inst Annex__
__253 S.E. Corrections Way, Lake City, Fla. 32025__

DC 225 (Rev 2/2012)

3

Position: Property Sergeant
Employed at: Columbia Corr. Inst. Annex

E. Defendant: MR. G. Drake
Mailing Address: 253 S.E. Corrections Way
Lake City, Fla. 32025
Position: Warden
Employed at: Columbia Corr. Inst. Annex

F. Defendant: DR. Lowe
Mailing Address: 7765 SCR 231
Lake Butler, Fla. 32054
Position: Psych Doctor
Employed at: Reception + Medical Center

G. Defendant: MR. Pittman
Mailing Address: 253 S.E. Corrections Way
Lake City, Fla. 32025
Position: Clasification Officer
Employed at: Columbia Corr. Inst. Annex.

(H) Jason Reeder
253 S.E. Corrections Way
Lake City, Fla. 32025
Lieutenant

(I) Jane Doe
253 S.E. Corrections Way
Lake City, Fla. 32025
N-Dorm Control Booth officer, Oct. 1, 2015
Columbia Correctional Inst. Annex

(J) Julian Jones
4 501 S. Calhoun St.
Tallahassee, Fla. 32399.
Secretary, Fla. D.O.C.

DC 225 (Rev 2/2012)

## Statement of Facts

1) On October 1, 2015 while housed at Columbia Correctional Institution Annex N-Dorm on Administrative Confinement in wing 1, Cell 1209, I stopped Officer Young and explained to him that I had a deadline in the Court's and I need my legal work out of my property that was stored. (This was asked around 9:30 a.m)

2) Officer Young, instead of addressing my issue requested the batteries out of my radio, stating that they are not allowed.

3) I told him I never heard of that and that I signed for both batteries and radio on my property slip.

4) Officer Young again ask for the batteries and stated am I going to give them to him.

5) I told Officer Young to get the institutional rules and let me see it and I will give them to him.

6) Officer Young then, left and went to get Captain Swain,

7) who ordered me to cuff up, At that time I told him we do not have to go through this, Here are the Batteries.

8) Captain Swain said it is to late now, you should have given them up the first time, now cuff up or I will get the Cell Extraction team to remove you.

9) I complied with Captain Swain's orders and submitted to being cuffed up behind my back.

10) After being removed from the cell, Captain Swain ordered Officer Young to place my roommate in the shower, place me in the holding cell then remove all personal and state property that belonged to me because he is putting me on 3 day strip.

11) At that time I started hearing voices saying I was being set-up and I declared a psych emergency.

12) Captain Swain stated he did not care and that I was still going on strip.

13) I was escorted by Captain Swain and other officers out of the wing into the entrance Holding Cell.

## 2

14) After being placed in the holding cell still in hand cuffs, The officers started leaving the Hallway; Captain Swain heard me talking to the voices in my head and thought I said something about him.

15) Captain Swain then returned by himself, unlocked the cell door and walked in.

16) He grabbed me by my neck with his right hand and started choking me where I could not breathe.

17) Then with his left hand he grabbed my penis and was squeezing it in a very painful manner.

18) I then started trying to scream, "Help he's trying to kill me". He stomped on my feet with his boots which made me trip and fall to the floor into the hallway.

19) He then approached me and said get up, I told him I can't because my ankle was hurting.

20) He then sprayed me with gas all in my face and in the back of my head.

21) He then had a unknown officer assist him in getting me back on my feet. Once on my feet Captain Swain did a pat search; There's who Contend

22) and instead of putting me in a shower, he placed me back in the holding cell and said he has 20 minutes.

23) I could not breathe, I felt like I was going to die, I begged him to get me out of the cell, My whole head was on fire.

24) Once he got a camera, he made his speech and then removed me which took about 10 to 15 minutes.

25) After being placed into the shower, L.T Reeder threatened to gas me again if I did not calm down.

26) He went as far as turning the water off to calm me down.

27) After being removed, I was escorted to the entrance where the Medical room was were both Mental Health Counsel's and Nurse were present.

28) The nurse told me wasn't nothing wrong with me and she sees what happened that I did not get assaulted at all.

3

29) The Mental Health Counsel asked the officer what they wanted to do with me, when they did not answer he placed me on Self-harm observation status.

30) Later that day Captain Swain came to my cell where I was being watched (one on one) and started harrassing me.

31) I told him he thinks he is above the law and can do anything but the F.B.I is going to lock all of them up.

32) He stated if he goes to Jail I will be his bitch.

33) While in the entrance hallway waiting to be transferred, Captain Swain stated, He been doing this for 20 something years and never been caught yet and that his people (family and friends) run from lake Butler Florida to Washington C.I, He stated he even got people in Tallahassee Florida.

34) He stated to me, who gone prosecute me, referring to his status in The Florida Department of Corrections.

35) I was transferred to Lake Butler Florida Reception and Medical Center where I was placed in J-Dorm on Self-harm observation status.

36) The next day I was seen by mental health team and I told them about this incident. I requested that they report this.

37) They ask about my right eye which was infected from the gas but they never reported the abuse by Captain Swain.

38) I was seen by a nurse in a cell then interviewed by the Doctor who was contacted about my eye.

39) My eye was blood shot red, mucus was discharging from it and I could not see out of it, it was causing me severe Headaches and pain to the point were I could not sleep on that side of my face or hold my head down.

40) My eye took almost 3 week's to clear up. I was prescribed antibiotic eye drops to take 3 times a day for 2 week's then ordered eye water for a Month.

41) My ankle was also swollen from him stomping on my feet.

4

42) Only and after I was transferred to C.S.U (Crysys Stabilization Unit) at Reception and Medical (R.M.C) I went was I able to submitt a Grievance concerning this Incident.

43) I was never allowed to discuss this Incident about Captain Swain with the team.

44) My Counceler always told me to Just file a Grievance about it.

45) When I did file the Grievance I filed one on Mental health to for not reporting the Incident because it took 23 day's to be seen concerning The (Prea case) Sexual assualt.

46) Immediately I was placed on protective Management and was not allowed to participate with other Inmates In group therapy.

47) On this month of _November_ on the _2015_ ~~day~~ I was tooken In front of a team a day earlier then my weekly review.

48) Dr. Case stated that "Seems to him I Just want to file alot of complaints about the Mental health team here at (R.M.C), Maybe you need to find your own Mental health Care."

49) Later that day I was discharged and removed to K-Dorm Confinement. (R.M.C)

50) I was seen again In confinement on Veterans Day and Dr. Have told me he was placing me on a list for out patient treatment of (T.C.U) and that I will not leave R.M.C with I go.

51) A few days later I was transferred back to Columbia C.I Annex where I attempted suicide because no one would tell me what was going on. I started hearing voices In my head then I panicked and cut my wrist twice which required 5 stitch's and Glue.

52) I was escorted to Mental Health to see the doctor who advised me that the abuse of staff case Is still being Investigated and

that I should have not came back to Columbia C.I Annex.

53) I was placed in a one on one suicide watch and transferred the next day to Union C.I were I was placed in T-Dorm on S.h.O.S (Self harm Observation Status).

54) I stayed on this status for several days and was seen by the team, and the psych specialist informed me that I was being placed in for Transitional Care Unit (T.C.U).

55) She also informed me that I can stay in the patient unit but because of my general population status I would not be allowed to recieve my clothes or property (which was not forwarded from Columbia C.I Annex)

56) and that it would take 4 to 6 weeks before transferring to T.C.U.

57) On the 1st of December I was interviewed by The Lutinant of T-Dorm at Union C.I and I informed her that I had been physically and sexually assualted by a Captain who use to be a Lutinant Here and has family member's who work Here also so I would like to have protection while I'm Housed Here.

58) She advised me that this information would be forwarded to the inspecting officer and I will recieve protection.

59) On December 2nd, 2015 I was released to confinement O-Dorm at Union C.I where I was housed until December 18th, 2015,

60) Then I was transferred back to Columbia C.I Annex.

61) When I arrived I asked the property sargeant for my personal property while being escorted to pre-confinement medical, He told me that He use to work under Captain Sworn at Union C.I for a long time and for that B.S (Bullshit) I got him under investigation for, He's not giving me no property.

62) I told him I have a open case in the Court's and I need my legal material and that a deadline has already passed.

6

63) I also asked for my religious material because the chaplain does not have the materials I have which he told me I could not have also.

64) As soon as I was placed in confinement at Columbia C.I. Annex in N-Dorm wing 3 Cell #3211, Captain Swain was on the wing and came to my cell, I asked him is he gone kill me and he stated, "I would of been at the front gate for that."

65) On December 21st, 2015 I submitted several Grievance's in the "Suppose to be locked" Grievance box which was never responded to. Emergency Grievance (15 Days) Informal grievance (10 days)

66) I wrote the warden, Medical, Mental health Doctor, and the Institution Inspector, I also requested protection.

67) I never recieved any response and I never recieved any protection. Only after I submitted a Sych-Call to the nurse did I see mental health on December 29th, 2015.

68) The Mental health Counseler Mr. Avery advised me that I was still on the T.C.U waiting list and I was the 7th person from the top to be transferred.

69) I explained to him that I was paranoid and having trouble sleeping and eating my food, I also told him before I let them kill me I will kill myself.

70) He advised me that I should try to hold on and that I will be leaving very soon.

71) Several day's later I observed the classification officer Ms. Daniels making her rounds on the confinement wing with the grievance box that is suppose to be locked but was rigged up were the lid was ajar and grievances could be removed without unlocking the lock.

72) I wrote a grievance on this incident and went through legal mail to send it in. I asked her why the box was open and she did not respond.

73) On January 8th, 2016 I was seen by psych Dr. Gabb who I explained to that I'm having trouble sleeping and I'm very paranoid.

7

74) He asked me did I feel it only in my mind or outside my mind, I told him both because the Captain is very abusive and He has been under investigation for murder's of inmates before at Lake Butler (R.M.C)

75) Several officers asked me what Captain Swain did to me and that several inmates had been in the Mental Health unit there complaining about what happen to them at the hands of Captain Swain.

76) I know that he is no longer working at Union C.I. because of this abusive behavior towards inmates.

77) I also told him I am terribly afraid of that gas. I feel like I'm going to Die, that I'm on fire and I dream about it. I Hear voices about it.

78) The Doctor tryed to give me more medication but I refused because I was recently placed on meds which was for anxiety and it seems to be working because I have not attempted suicyde yet.

79) He advised me to hold on because he was going to see about my inpatient Treatment (T.C.U) and getting me away from Here.

80) I did see the head Classification who said they were working on getting me transferred but it has not happened yet.

81) I Have exhausted my remedy where at R.M.C & filed a informal grievance and it was approved then forwarded to the inspector generals office, Also I filed another grievance at Union C.I and that was also approved and forwarded to the inspector generals office.

82) I wrote a letter to the general Counsel for Fla. D.O.C to make sure certain Video camera's were kept for later investigations in the courts,

83) but during the D.R hearing the team said the video was destroyed after 30 days which was part of a use-of-force.

84) I submitted an emergency grievance through routine mail and it was returned without action when I stated that

8

the institution is trying to cover up a staff abuse against me and that I was in fear for my life

85) I wrote a letter to the governor office, chief inspector general, concerning me being denied protection and being returned back to this institution where the assualt occured and the inspector general not responding to my letters.

86) Erin Romeser Investigations manager got me a case number and forwarded my complaint back to the inspector's general office who has not responded to anything I sent to him.

87) I have wrote Julia Jones and have not recieved a reply neither.

88) I know that Captain Swain is notorious in this region as well as at this institution.

89) I refuse to be put back on this compound where Captain Swain is known for selling drugs and using gang members to conduct hit's.

90) Columbia C.I Annex has a high violence rate from gang violence as well as killings.

91) Most of the administration here has worked with him for long periods of time at the institutions. He told me that all grievances with his name on it comes to him regardless of who it's designated to.

92) I tried my best not to mention his name while at Union C.I while in O-Dorm but as soon as I did I was retaliated against.

93) The Secretary of Fla, D.O.C was appointed one year ago when staff abuse was at it's highest rate & Alot of unprosecuted murders of inmates by staff.

94) I've been in Region 2 most of the 16 years I've been in prison and the officers as well as medical services rotate from different prisons in north florida starting at Lake Butler Fla, all the way to Chipley Fla.

95) They have a buddy system where if to many staff assualts occur only the lower level officers are held responsible But

9

the Supervising officer who is responsible for training them are moved to the next prison. Some with higher ranks have there co-worker follow them then the same problems that occured at the last prison follow them to the next and they do it again.

96) Just like Here at Columbia C.I Annex, the Colonel from Suwannee C.I who is the chief of security had numerous staff assaults on inmates even murder.

97) I was a inmate at Suwannee C.I from July 2013 to July 2015 and witnessed some of the assaults on inmates by staff under the Colonels supervision and seen the recent promotions some of the officer's recieved when that prison was clearly in disarray. While I was in H-Dorm I watched inmates from all over that prison come to H-Dorm in wheel chairs with Black eye's, Broke ribs, splits in there Heads, Broken legs which was all at the hands of Correctional officers and this Colonel was the chief of Security.

98) He recieved no Discipline or training to promote professionalism in his subordinates But yet he is still running Security of another prison.

99) This is what Julia Jones calls cleaning up prisons from Corrupt officers when the whole region 2 is a breeding ground of corruption from lack of training and discipline.

100) Also nothing has changed in the inspectors general office where on several incidents use-of-force was approved but it is clearly, force was not in compliance of D.O.C Rules and policy.

101) In my recently claim in Court, I called the Video as Evidence which had a chain of custody and both DVD'S and any reference to it's placement Disappeared.

102) The Camera's would have showed at the least that the officer writting the incident report was not the officer who used force against me.

103) No grievances are getting approved at Secretary level, leaving institutions to go uncorrected for not following the rules

·10

104) The same people in the Secretary office are responding to the grievances was there before Julia Jones was appointed, shows you nothing has changed.

105) The State also makes it very difficult to access the State Courts, being that you being indigent has to get a 100% lein of your account for $400 dollars which gives me no chance to buy personal hygiene and other needed items until the debt is paid in full.

106) I am still being housed at Columbia C.I. Annex were Captain Swain still works and I have not seen any one about my request for protection.

107) I was submitted for transient care unit for inpatient treatment because of the condition this gas and assault has cause me.

108) I was told I was second on the list but I have not been transferred yet which is causing me severe paranoia and I am unable to get proper sleep, I don't trust my roommate. I make sure he fall asleep before I even attempt to sleep. I'm hearing voices, I think they are trying to kill me. I'm being mentally tortured.

109) As a result of this incident, I had to be treated with eye antibiotics, Ibuprophen for back pain and for swollen ankle which is in pain at times and I've been placed on more psych medication.

## STATEMENT OF CLAIMS

(1) The Plaintiff Const Rights was Violated When I was Sexually assaulted by Capt. Swain While I was in Confinement Holding Cell Waiting to See Mental Health, When He came into the Cell and grab my Penis With his Left hand, and Was painfully Squeezing it a Violation of my Eighth Amend. Right Cruel and Unusual Punishment, Yelling help me, as I was being hurt.

(2) The Plaintiff Const Right Was Violated When I was Physically assaulted While Waiting to See Mental Health Capt. Swain Came into Confinement Holding Cell, and With his Right hand Chocking Me, and taking his boots stomping at my feet With no Shoes on just his hard boots at my feet Crule and Unusual Punishment a Violation of my Eighth Amend Right.

(3) The Paintiff Const Right Was Violated When I in a psych emergancy and then at that time he Capt. Swain Used on me a Spray of Some Kind Chemical agents Upon me, While I was in handcuff behind my back on the floor and Was no threat to Capt. Swain or myself or Others Which Was and is excessive force Unnessary and Wonton infliction of pain. Im hurt and trying to call for help is a Violation of Eighth Amend Right Cruel and Unusual Punishment.

(4) The Plaintiff Const. Right Was Violated When Captain Swain Retilated against me, for Writing a Grievance against him for intherfearing With my Access to the Law Libuary. When he Physically and Sexually assaulted Me, Violation of my First Amend Right 8th Amend.

(5) The Plaintiff Const Right Was Violated When the confinement of Oct. 1, 2015 N-Dorm Confinement Control booth Officer Fail to report excessive Use of Force, When I was Gassed in the Hallway I was tripped on the Floor While handcuff behind my back in the present of his Officers Jane Doe Working in the Control booth is a Violation of Eighth Amend Right Crule and Unusual Punishment.

(6) The Plaintiff Const Right Was Violated When Dr. Lowe the phych Doctor at R.M.C. early discharged me, from the C.S.U. in they Retatiation for Filing Grievance against the Mental Health dept at J-Dorm for Failure to report abuse by staff and not recieving the treatment While in C.S.U. program Level #3 a Violation of my First Amend Right Freedom of Speech and denieing me, adequate



12

(6) Medical treatment which resulted in attempted suicide cutting my wrist is cruel and unusual punishment violation of 8th Amend Rights.

(7) The Plaintiff Right was violated a D.R. by Capt Swain for 6-1 Disobeying a Verbal Written Order as I requested to have Witness evidence even officers as Jane Doe Control booth and Camera evidence of the Hallway N-Dorm Confinement and I was going to D.R. Hearing room thear was no witness statement no where on file of any Witness to be found the D.R. Team had to delay my investigation because of two reason One Witness, two Camera as Evidence was distroyed after 30 days is not a good reason under investigation as a delay do to Use of force by the Capt. Swain forced was used on me, the camera is required to be reviewed by the Warden at Columbia C.I. Annex. and the prison Investigation General Office thear is no reason for the team not having access also the finding of D.R. Hearing Fail to relie on Some evidence to find me guilty and then gave me 30 days DC time is a Violation of My Due process Right Amend to my Constitutional.

(8) The Plaintiff Const Rights was violated When Capt. Swain removed me, from my cell and Order Officer Young to take all my personal and state Property, and that I was going on 3 day strip for giving his Officer a Hard time about having Batteries in a Radio which is a violation of due process Right to have a Hearing befor being Punished and Malicious prosecution in Violation of both 14th Amend, and, Eighth Amend Right.

(9) The Plaintiff Right was violated when Columbia C.I. Annex property Sargent fail to forward my personal property as require when emergancy transfer which resulted to me, by not being able to have my legal material to reach the Courts on a deadline to the Court is a Violation of My first Admend right to access to the Court.

(10) The Plaintiff Rights was violated when property Sargent at Columbia C.I. Annex Upon my return from Mental Health emergancy that I will not get my personal property nor any legal material reguardless of any Court deadline because of my complant against Capt. Swain who he said he has Work Under for years at Union C.I.

(10) a Violation of my First Admend Right to freedom of speech and, a right Access my religon Material that he denied me, my religious right.

(11) The Plaintiff const Rights was Violated when the Warden Failure to protect me, from his Officers Reprisal when it was brought to his Office attention that I was requesting Protection because of my fear of Staff which resulted in me being denied my Right to excess personal Religious Material, Legal Material, personal Hygiene and right to Correspond with my family a Right to have my Grievance heard, were my Grievance against Capt. Swain have all been Censor at this Institution Violation of my right dew process right Under Equal protection Clause first Admendment right.

(12) The Plaintiff Const Right was Violated when the Warden Failure to Train and Correct the Wide spread abuse that is Occurring at this Institution where Columbia C.I. Annex has the Most Use of force in this region, and Officer's Corruption where the Capt. Swain has been Under investigation for death of Inmate and has More Use of force then any Other Officer at Institution Clearly Violation of first Admend, 8th Admend 14th Admend Right to be Safe from Officers abuse.

(13) The Plaintiff's Rights is Violation when Secretary of Department Correction's fail to train and protect Inmates from excessive abuse by correctional Officer's in region 2 where it a Widespread Officers being arrested by F.B.I. and know ared for having Ku Klux Klan members employed as Correctional Officers poor investigation Inmate bureau Grievance Inspector General, Cheif Inspector General, the transfer of Captians or higher ranking Officer from high profile Officer's house prison's to other Institution Without any more training causeing that prison, that prison to becoming abusive by other because of poor supervision and in proper training from theise high ranking Officers Show that my right to equal protection to Live freely from cruel and Unusual punishment Violation both first and, 8th Amend.

14

## Relief Requested

Each of these individuals was working under the color of state law when my constitutional rights were violated.

The plaintiff is requesting monetary damages for the following Defendants in their individual capacity.

1) O. Swain for $150,000
2) Walker for $75,000
3) Dr. Lowe for $75,000
4) Jane Doe for $25,000
5) Classification officer. Pittman for $10,000
6) Lieutenant Jason Reeder for $10,000

The following are officials being sued in their official capacity
1) Ms. Julie Jones
2) Mr. G. Drake

1) The plaintiff also request that a permanent injunction be granted were he does not have to be placed Back into harms way by being Housed at prisons in this region or region 1, Do to captain Swain's 20 years and more prison employment and having family members and co-workers in these regions. I have already experienced several retaliatory actions from different institutions in this area where Captain Swain excepted protection money from gang members and he also uses them to commit violence to other inmates and officers. The plaintiff will never feel safe in this region. The plaintiff has brought this to the Secretary's attention but they transferred me back twice which one time resulted attempted suicide, they disregarded that as well. The only way to prevent this injury from occurring and on going is to grant this relief.

2) The plaintiff request that Columbia C.I. Annex allows a licensed Mental Health official to interview me instead of allowing the prison guard to do it, where if the correctional officer tells the Mental health that I'm a management problem that's what the status will be or to put me on self harm observation without a security

15

blanket or mattress on just the correctional officer's word without reviewing my medical records. My mental condition is in violation of my rights to adequate treatment.

3) The plaintiff's right to have his mental health records kept confidential while at both Reception Medical Center, Columbia C.I Annex and Union C.I, officer's are present when mental health interview you; that's violating medical confidential code when inmates records may be present where D.O.C policy allows security to be inside conference room.

Wherefore the plaintiff pray's that this Honorable Judge allows this claim to be heard by a Jury in Trial

Respectfully Submitted
Quincy Williams

OATH
I Declare under Penalty of Perjury That The Foregoing is True And Correct.
1-13-16
Quincy Williams
Quincy Williams
DC 340902
Columbia, C.I. Annex
253 S.E. Corrections Way
Lake City, Fla. 32025

CERTIFICATE OF SERVICE
I Declare under Penalty of Perjury That This Complaint was Delivered To Prison Officials For Mailing This Day of 13th January 2016
Quincy Williams

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT ___Williams, Quincy___, has the sum of
(Name of Affiant)

$___2.58___ as of ___12/18/15___ on account to his credit at the
(date)

___Union___ institution where he is confined. I further certify that the above-named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

___KBarrett___
Authorized Officer of Institution