UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA       FILED
JACKSONVILLE, DIVISION

QUINCY A. WILLIAMS
  Plaintiff                                 2016 JAN 15 PM 3:55

V.

JULIAN JONES Sec. Fla. D.O.C., et. al.         3:16-cv-45-J-34JRK
  Defendants

## REQUEST FOR TEMPORARY RESTRIANTING ORDER

COME NOW QUINCY WILLIAMS, The Plaintiff Request A Restrianting order, on Columbia Correctional Inst. Annex Warden And Property Sergeant. And Captain Swain, Julian Jones. For The Following. Request For Keep Separate Between Me And Cpt. Swain

(1) The plaintiff was Sexually And physically Assualted By Captain Swain who is The Shift Supervisor At Columbia C.I. Annex. Which Has Cause The Plaintiff Both Physically And Psychological Injuries. Which is on going And I Has Been Emergency Tranferred To Self-Harm Observation Status (S.H.O.S) Crisis Stabilization unit (C.S.U.) I Also Cut My Wrist And is Still waiting To Be Replace into Inpacent Treatment. My Mental Health Has Been Deteriorating. To I Can Bearly Sleep, eat, And is paranoid, Hearing Voices And Having Suicidal Thoughts. I Have Submitted Several Grievances, Have A Investagation open on this issue, But Captain Swain is still Allow To Have Control over Me And The official who Deal with Me, which is Causing The plaintiff Serious Harm To His Mental State.

Only The Immediate Granting of This Restrianting order when Prevent A Irreparable Injury.

(2) The Plaintiff was Emergency Tranferred To Union Corr. Inst. By Property Sergeant Walker who Did Not Bring or Forward My Personal Property As Required within The 5 Working Days And on the Day I Return To Columbia C.I. Annex I Requested My Allow Property To Take To Confinement Status. He

(1)

Refuse me any of my property knowing I had no hygiene, religious material, legal material, and address books to write family. Upon escorting me to confinement by Sgt. Walker stated that he has work under Captain Swain for many year and don't appreciate my claims against him and is not getting my personal or legal material out of property so don't write and don't ask. I still wrote several grievances that has yet to be properly answer. Sgt. Walker is violating my right to freedom of speech, equal protection, right to exercise my religious right and proper access to the courts. There is no legal reason why I can not have these, where other inmates have all these material. The plaintiff has already missed his legal deadline, and is unable to meditate, pray and study, because of not being allowed my religious material, which is also causing aggravation of my mental disorders. The plaintiff is requesting the this order be giving to the Warden G. Drake and Sgt. Walker to allow me access to these stated material, where only the immediate granting of this request would prevent irreparable injury.

(3) Where Julian Jones, secretary, Fla. D.O.C. has received several grievances concerning the reprisal I have been getting from several institution in the region Captain Swain works in. Where I was denied treatment at R.M.C. after filing this claim against Capt. Swain and was early discharged and sent back to Columbia C.I. Annex without any protection. And attempted suicide right off the bus, and that place back into Inpatient Treatment at Union C.I. And requested protection and was sent back again. Which was said that the tranfer can from Tallahassee, Sec. office. Totally disregarding any physical and mentally injures. And allow retriatory action against me because of Caption Swain

②

Reputation in this Region. Julian Jones clearly shows she Dont Care About The Reprisal Going in This Region 2, That Has Cause Me serious Injuries, There No other Way To prevent These To Becoming Irreparable Then To Immediately Grant this Order And Has Julian Jones Transfer Me out of this Region. Where The plaintiff is clearly Being Denied Mental Health treatment. I Also Have A Right To Be protect From these Injury.

Wherefore The Plaintiff Pray This Restraining order Should Be Granted

Respectfully Submitted

*[signature]*

## OATH

I Declare under penalty of perjury That the foregoing is True And Correct.

1-13-16

*[signature]*

Quincy Williams.
DC 340902
Columba C.I. Annex
253 S.E. Corrections Way
Lake City. Fla. 32025

## CERTIFICATE OF SERVICE

I Declare Under penalty of perjury That This Complaint was Delivered To prison Officials For Mailing. This Day of 13th January 2016,

*[signature]*

(3)