UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

QUINCY A. WILLIAMS
Plaintiff

v.

SEC. FLORIDA Dept. of
Corr. et al
Defendants

Case No. 3:16-CV-45-J-34-JRK

FILED 2016 FEB -8 PM 3:25

Provided to [Institution] on [date] for mailing.

~~PRELIMINARY INJUNCTION~~

MOTION TO RECONSIDERATION

COME NOW Quincy Williams The Plaintiff Request This Honorable Court To Reconsider Her Order Denieding The plaintiff's Motion For Temporary Restraining order. Rule on January 21, 2016. For The Following Reason Stated Below.

(1) The plaintiff Has Follow All Rule And Policy Concerning protective management.

(a) On October the 1st 2015 I was Both physically And Sexually Assaulted By Caption Swain Then Unnessary spray with chemical agents which is Recorded on video camera of The Hallway.

(b) Later That Same Day I Was Emergency Tranfer To Reception And medical center For Self Harm observation cell Because Columbia.C.I. Annex cells was Full.

(C) After About 20 Days of The Above states, I was Place In Crisis stabization Unit (CSU) where I was Allowed To Use Wirting material AT RMC I West, where I Submitted

1

A DC-219 is a Formal Grievance, To The Inspector, This Grievance Was Approved And Forwarded To The Inspector General Office.

(d) The plaintiff was Also Review For Injuries By A Nurse And A Doctor under F.D.OC. PREA Policy. And Was place on protective Custody (P.M. Status).

(e) After 2 weeks In CSU I Was Discharged And place in Admin. Confinement. And Transferred Back To Columbia C.I. Annex without Any Kind of P.M. Status and Did cut open His wrist with A Razor in A Suicidal Attempt.

(f) I Was Advised By Both Security And psych Doctor That I was not suppose to Be There with A open PREA Case Against An officer.

(g) And The Next Day I was Emergency Transfer Because Columbia C.I. Annex Didn't Have Any Self Harm Observation Cell Available.

(h) I Was Sent To Union C.I. (UCI) T-dorm, And There I was put on the waiting List For Inpatient Treatment (JCU). I Also Submitted A Grievance About MY Fear of This Captain Swain And what He Did To Me which was Approved, And I Also Told The supervisor of T-dorm. That I Know Captain Swain Used to Work Here And Has Family Members Here Too And wanted Some Protection.

(i) All This Information Was Forwarded To The Inspector. I Was place In U.C.I confinement And advised By The Doctor That I would Not Be going Back To

2

Colombia C.I. Annex Because Of The Medical Hold. But After 2 weeks I Was Sent Back without Any protection And The Medical inpatient treatment still pending.

(J) I Was Advised That He Had Got promoted To Major And was No longer There, But After Be place in Confinement He Can To My Cell Door, And He still A captain

(K) I filed Several Grievances, a lot Was Never Answered, one Grievance was Approved that I had A Right Not To Be At That Institution where He is The shift supervisor. This was forwarded to the Inspector General office Also.

(L) I Also Filed A complaint with The Governor office, Chief Inspector General. And They forwarded The complaint to The Inspector General, As well As This Honorable Court, standing order, And order of your Denial.

(2) It's Clear That The Inspector General, Warden, And Classification Team Have had More Than Enough Notices About Me And This Captain And My Mental state of being Around Him. These Notices Has clearly Been Disregarded.

(3) On January 19, 2016 The plaintiff Cut His wrist Again And His Neck in A Mental Breakdown. And Had To Be Emergency Medical Transferred To Zephyrhills C.I. Mental Health Unit.

(4) The plaintiff was transferred to C.S.U. At South Florida Reception Center where Doctor Advised me it will only Be

3

Short term Treatment And Then I Have To Return Back To Columbia C.I. Annex. Which is still His ~~Permanent~~ prison As Of The Day. And There is No P.M. Status And The Official Who Tranfered Me Here stated That captain Swain is still shift Supervisor for Columbia C.I. Annex.

(5) Clearly This Honorable Court Can see that Deliberate Indifference To My Medical Needs And Safety Has occurred. Where The plaintiff Does Not Have A Right To Choose what prison I Am Housed At. I Do Have A Constitutional Right To Be Protected From Harm And that's By Officer or Inmate. The 11th Circuit Also stated I Have A Right To Be Protected From Self-Harm., And Suicide. Also Florida Law Require A Keep Separated, From that officer when He or she File A Compliant For physical or sexual Assault. Both Inspector General And the officials At Columbia C.I. Annex Has Not Honor This Rule, This Resulted In Two Suicide Attempts That could Have Been Prevented Had F.D.O.C. Follow There own Rules. Instead They reather waste Tax payers Money Tranfering The plaintiff, All over the State For Temporary Treatment, Then sending Him back To Columbia C.I. Annex. A Reasonable Jurist Would Not Agree With F.D.OC. Action. Also F.D.O.C. Has Close Down Several prison In All Regions Do To The Lack of over Crowded. They can't say They Dont Have

4

Bed Space. These Action I'm Getting From F.D.O.C. Are clearly out Of Reprisal. And only The Granting Of This Injunction prevent irreparable Injury, where the plaintiff could Have Die From The Neck wound.

(6) This order By The Honorable Court Had to Be Forwarded To me From Columbia C.I. Annex, And I was unable To use Any writting material until Feburary 4, 2016. If This Motion can Not Be Considered Because Of the Time Limit, I Request That It Be excepted AS A Preliminary Injunction.

Wherefore I pray That This Injunction be Granted,

Respectfully Submitted

[signature]

## OATH

I Quincy Williams Do Declare Under penalty Of perJury That This Motion is True And Correct.

[signature]

## Certificate Of Service

I Quincy Williams Certify that This Motion Was Given to prison Official For Mail On this 5th Day Of February 2016.

[signature]

Quincy A. Williams DC#349902
South Florida Reception Center
14600 N.W. 41st
Doral, FLa. 33178

5